IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES RUSSEL CLYMER, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv416 |
| DIRECTOR, TDCJ-CID | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner James Russel Clymer, Jr., proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Petitioner has filed a motion for summary judgment (doc. 8). At the time petitioner filed his motion, the respondent had not been ordered to respond to the petition. As a result, petitioner's motion was premature and should be denied at this time. The denial is without prejudice to petitioner's ability to file a new motion now that an answer has been filed.

Recommendation

Petitioner's motion for summary judgment should be denied.

Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within ten days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to file objections bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-

77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

SIGNED this 20th day of September, 2022.

_____
Zack Hawthorn
United States Magistrate Judge