IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES RUSSEL CLYMER, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv416 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATION</u>

James Russel Clymer, Jr., proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable orders of this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the denial of a motion for summary judgment filed by petitioner.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed to the Report and Recommendation.

<u>ORDER</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 17] is ADOPTED.  The motion for summary judgment [Dkt. 8] is DENIED.

**SIGNED this 19th day of October, 2022.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge